■ SADDLE BROOK GARDEN RESTAURANT, INC., Appellant, v NORTHEAST HOTEL CORP. et al., Defendants, and SADDLE BROOK NEW JERSEY HOTEL LIMITED PARTNERSHIP et al., Respondents. [749 NYS2d 412] —Order, Supreme Court, New York County (Helen Freedman, J.), entered July 12, 2001, which granted defendants-respondents' motion to dismiss the complaint as barred by the doctrine of res judicata, unanimously affirmed, with costs.

Litigation in this action of plaintiff's causes against defendants-respondents, alleging constructive and actual eviction, is barred by the doctrine of res judicata, since the causes plaintiff would now litigate arise out of transactions that were the subject of litigation finally concluded against plaintiff in the courts of New Jersey (*see O'Brien v City of Syracuse*, 54 NY2d 353, 357). Concur—Williams, P.J., Nardelli, Rosenberger, Ellerin and Lerner, JJ.

■ In the Matter of DAVID S., a Person Alleged to be a Juvenile Delinquent, Appellant. [749 NYS2d 413] —Order of disposition, Family Court, Bronx County (Myrna Martinez-Perez, J.), entered August 7, 2001, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant had committed acts which, if committed by an adult, would constitute the crimes of criminal possession of a controlled substance in the third and fifth degrees, and placed him with the New York State Office of Children and Family Services for a period of 18 months, unanimously modified, on the law, to the extent of vacating the adjudication as to criminal possession of a controlled substance in the fifth degree, and dismissing that count of the petition, and otherwise affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490).

As the presentment agency correctly concedes, criminal possession of a controlled substance in the fifth degree should have been dismissed as a lesser included offense of third-degree possession (*see* CPL 300.40 [3] [b]). Concur—Williams, P.J., Nardelli, Rosenberger, Ellerin and Lerner, JJ.